IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STACEY DANIELS,<br><br>    Defendant. | CASE NO.: 5:25-cr-1-4 |

**O R D E R**

This matter is before the Court on the Defendant's Motion to Withdraw Motion for Bond. Doc. 978. Defense counsel states that Defendant is scheduled to appear for a sentencing hearing for February 3, 2026 and wishes to remain in custody pending the sentencing hearing. After careful consideration and for good cause shown, the Defendant's Motion to Withdraw Motion for Bond, doc. 978, is **GRANTED**. THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion for Bond, doc. 962, is hereby deemed **WITHDRAWN**.

**SO ORDERED**, this 30th day of January, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA